IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0415

IN THE MATTER OF:

P.P.,

    A Youth in Need of Care.

## ORDER

    Upon consideration of the Department's Unopposed Motion to Supplement the Record on Appeal, and good cause appearing therefor,

    IT IS HEREBY ORDERED that the motion is granted and the record on appeal shall be supplemented with *State v. Proctor*, First Judicial District Court Cause No. CDC 2022-30, that has already been filed with the Court in *State v. Proctor*, DA 23-0409.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 15 2023